IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RANDALL A. POSTON,

    Plaintiff,

    v.

GLOVIS EV LOGISTICS AMERICA, LLC,

    Defendant.

CIVIL ACTION NO.: 4:25-cv-239

**O R D E R**

On December 10, 2025, the Court administratively closed this action as the case had settled. (Doc. 9.)  Presently before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendant, wherein the parties state that they stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees, costs, and expenses incurred in prosecuting and defending this action.  (Doc. 12.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

    **SO ORDERED**, this 19th day of February, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA